■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE LOPEZ, Appellant. [734 NYS2d 841] —Judgment, Supreme Court, New York County (Michael Obus, J.), rendered on or about September 13, 2000, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal.

Pursuant to Criminal Procedure Law § 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the judge or justice first applied to is final and no new application may thereafter be made to any other judge or justice. Concur— Rosenberger, J. P., Williams, Wallach, Lerner and Saxe, JJ.

■ BRIAN HANLON, Plaintiff, v METROPOLITAN LIFE INSURANCE COMPANY, Respondent, and LEHR CONSTRUCTION CORP., Appellant. (And Other Actions.) [733 NYS2d 350] —Appeal from order, Supreme Court, New York County (Sheila Abdus-Salaam, J.), entered May 8, 2000, insofar as it granted defendant Metropolitan Life Insurance Company's unopposed motion for summary judgment on its cross claims for common-law indemnification from defendant Lehr Construction Corp., unanimously dismissed, without costs.

The portion of the order from which defendant Lehr purports to appeal was rendered on its default (*see, Shannon v City of New York*, 275 AD2d 671) and is thus not appealable (CPLR 5511). Concur—Rosenberger, J. P., Williams, Wallach and Rubin, JJ.

■ In the Matter of PAUL S. BLOCK (admitted as PAUL STUART BLOCK), a suspended Attorney. [734 NYS2d 428] —Petitioner reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur— Sullivan, P. J., Nardelli, Williams, Saxe and Friedman, JJ.